IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


JOHNNY SPURLOCK                                                                PLAINTIFF


VS.                                         CASE NO. 05-CV-1048


ASHLEY COUNTY, a subordinate political
entity in the State of Arkansas; SHERIFF JAMES
H. ROBINSON, in his individual and official
capacities; HOMER MCDOUGLE, in his individual
and official capacities; C.V. CHRISTMAS, in his
individual and official capacities; HUEY SINGLEY,
in his individual and official capacities; ILIENE
WALTMAN, in his individual and official capacities;
DON WHITE, in his individual and official capacities;
and various JOHN DOES, employees, agents,
supervisors, and/or policy makers of Ashley County,
in their individual and official capacities                                     DEFENDANTS


## JUDGMENT

Before the Court is a Motion for Summary Judgment filed on behalf of Defendants Ashley County and Ashley County Sheriff James H. Robinson. (Doc. No. 34). Plaintiff Johnny Spurlock has filed a response. (Doc. No. 46). Defendants have filed a reply to Plaintiff's response. (Doc. No. 54). Upon consideration, for the reasons set forth in the Memorandum Opinion of even date, the Court finds that the motion should be and hereby is **granted**. Plaintiff Johnny Spurlock's federal claims against Defendants Ashley County and Ashley County Sheriff James H. Robinson are hereby **dismissed with prejudice.** The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims in light of the dismissal of his claims over which this Court had original jurisdiction. Therefore, Plaintiff's state law claims against

Defendants Ashley County and Ashley County Sheriff James H. Robinson are hereby **dismissed without prejudice.**

   IT IS SO ORDERED, this 20th day of March, 2007.

                 /s/Harry F. Barnes
                 Hon. Harry F. Barnes
                 United States District Judge