IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JOHNNY SPURLOCK                                                              PLAINTIFF

VS.                                        CASE NO. 05-CV-1048

ASHLEY COUNTY, a subordinate political
entity in the State of Arkansas; SHERIFF JAMES
H. ROBINSON, in his individual and official
capacities; HOMER MCDOUGLE, in his individual
and official capacities; C.V. CHRISTMAS, in his
individual and official capacities; HUEY SINGLEY,
in his individual and official capacities; ILIENE
WALTMAN, in his individual and official capacities;
DON WHITE, in his individual and official capacities;
and various JOHN DOES, employees, agents,
supervisors, and/or policy makers of Ashley County,
in their individual and official capacities                                  DEFENDANTS

## JUDGMENT

Before the Court is a Motion for Summary Judgment filed on behalf of Individual Defendants Homer McDougle, C.V. Christmas, Huey Singley, Iliene Waltman, and Don White. (Doc. No. 37). Plaintiff Johnny Spurlock has filed a response. (Doc. No. 49). Upon consideration, for the reasons set forth in the Memorandum Opinion of even date, the Court finds that the motion should be and hereby is **granted**. Plaintiff Johnny Spurlock's federal claims against Individual Defendants Homer McDougle, C.V. Christmas, Huey Singley, Iliene Waltman, and Don White are hereby **dismissed with prejudice.** The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims in light of the dismissal of his claims over which this Court had original jurisdiction. Therefore, Plaintiff's state law claims against

Individual Defendants  Homer McDougle, C.V. Christmas, Huey Singley, Iliene Waltman, and Don White are hereby **dismissed without prejudice.**

    IT IS SO ORDERED, this 20th day of March, 2007.

                                                 /s/Harry F. Barnes
                                              Hon. Harry F. Barnes
                                              United States District Judge